UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Witold Osinski, | ) | Case No. 25-08709 |
| | ) | |
| | ) | Hon. Michael B. Slade |
| Debtor. | ) | |

# NOTICE OF MOTION UNDER FRBP 2004 FOR AN ORDER AUTHORIZING DISCOVERY BY CREDITOR KIRK ETTER

PLEASE TAKE NOTICE, the undersigned has filed a Motion Under FRBP 2004 For an Order Authorizing Discovery by Creditor Kirk Etter a copy of which is attached hereto and hereby served upon you.

A hearing on this Motion is set for December 1, 2025 at 9:30 a.m. before the Honorable Michael B. Slade.

You may appear in person or via Zoom For Government.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID and password can also be found on the judge's page on the court's website.

Pursuant to Amended General Order No. 20-03, any party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. **If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.**

Dated: November 18, 2025

Kirk Etter

By: /s/ B. Lane Hasler
Counsel

Counsel for Kirk Etter

B. Lane Hasler
33 N. Dearborn, Suite 1000
Chicago, Illinois 60602
312-985-6237
lanehasler@blhlo.com

## CERTIFICATE OF SERVICE

I, B. Lane Hasler, an attorney, hereby certify that on November 18, 205, I caused a copy of this notice and the referenced motion to be served on the parties, on the dates and in the manner indicated on the service list below.

By: */s/B. Lane Hasler*

**SERVICE LIST**

**All by ECF on November 18, 2025**

Debtor's Counsel
Greg Jordan
gjordan@jz-llc.com

Chapter 7 Trustee
Joe Cohen
jcohen@cohenandkrol.com

Acting United States Trustee
Adam G. Brief (USTPRegion11.ES.ECF@USdoj.gov)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Witold Osinski, | ) | Case No. |
| | ) | |
| | ) | Hon. |
| Debtor. | ) | |

**MOTION UNDER FRBP 2004**
**FOR AN ORDER AUTHORIZING DISCOVERY**
**BY CREDITOR KIRK ETTER**

Creditor Kirk Etter ("Etter"") hereby moves for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") authorizing him to issue discovery to Witold Osinski ("Debtor"), Bianca Osinski ("Bianca"), Anna Chmielewski ("Anna"), Polish Slavic Federal Credit Union ("PSFCU"), JP Morgan Chase Bank, N.A ("Chase"), Bank of America ("BofA"), PNC Bank ("PNC"), Fifth Third Bank ("5/3 Bank") and Huntington Bank. In support of this Motion, the Etter respectfully represents:

Factual Background

1. Witold Osinski ("Debtor") filed his voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on June 9, 2025.

2. Joseph Cohen is the chapter 7 trustee for this case.

3. Etter holds judgments against Debtor which Etter has been attempting to collect through supplementary proceedings in the Circuit Court of Cook County (the "State Court").

4. Debtor failed to answer a citation to discover assets issued in the State Court.

5. Etter filed a petition for rule to show cause against Debtor which was scheduled for hearing on June 11, 2025, but stayed by this bankruptcy case.

6. This is the second time that Debtor has been up on a petition for rule to show cause and

the second time Debtor filed bankruptcy just prior to the hearing on the petition for rule to show cause.

7. Since Debtor refuses to provide information about his assets and liabilities in the State Court, Etter requires discovery of such information in this bankruptcy case.

## Jurisdiction and Venue

8. This Court has jurisdiction over the instant motion pursuant to sections 157 and 1334 of the Code and the "Standing Order of Referral of Cases to Bankruptcy Judges" entered by the United States District Court for the Northern District of Illinois.

9. Venue is proper before this Court based on the Debtor's representations in the Petition that he is domiciled in the Northern District of Illinois.

## Authority For the Relief Requested

10. The statutory predicate for the relief requested is FRBP 2004.

## Relief Requested

11. Etter request the authority to issue discovery to the Debtor, Bianca, Anna, PSFCU, Chase, BofA, PNC, 5/3 Bank and Huntington Bank pursuant to FRBP 2004.

## Reasons For The Relief Requested

12. Etter requires discovery of Debtor to obtain the information on his assets and liabilities originally sought in the State Court through the direct citation and the document production rider attached thereto. Etter has uncovered assets not disclosed by Debtor on his bankruptcy schedules and significant transfers of assets prior to the bankruptcy filing.

13. Etter requires discovery of Debtor's adult daughter Bianca to whom Debtor transferred tens of thousands of dollars prior to the filing of this bankruptcy case. Prior to the filing of this bankruptcy case, Etter issued a third party citation to discover assets to Bianca which she did not answer.

14. Etter requires discovery of Anna Chhmielewski regarding assets she allegedly owns but Debtor possesses.

15. Etter requires discovery of PSFCU regarding an account held by the Debtor's wife Beata Osinski who passed in July 2024 yet the account remained open and upon information and belief was utilized by Debtor. Prior to the filing of this bankruptcy case, the State Court authorized Etter to issue a subpoena to PSFCU to obtain documents and information regarding Beata Osinski's accounts.

16. Etter requires discovery of PSFCU regarding an account held by Bianca to whom Debtor transferred tens of thousands of dollars prior to the filing of this bankruptcy case. Prior to the filing of this bankruptcy case, the State Court authorized Etter to issue a subpoena to PSFCU to obtain documents and information regarding Bianca Osinski's accounts.

17. Etter requires discovery of Chase, BofA, PNC, 5/3 Bank and Huntington Bank regarding Bianca because prior to the bankruptcy filing Debtor appears to have transferred funds to Bianca using accounts at these banks.

WHEREFORE, Etter move this Court for an order authorizing him to issue discovery to Debtor, Bianca, Anna, PSFCU, Chase, BofA, PNC, 5/3 Bank and Huntington Bank and to grant such other and further relief as may be just and proper.

Dated: November 18, 2025

Respectfully submitted,

Kirk Etter

By: /s/ B. Lane Hasler
Counsel

Counsel for Kirk Etter
B. Lane Hasler
33 N. Dearborn, Suite 1000
Chicago, Illinois 60602
312-985-6237
lanehasler@blhlo.com